from the Circuit Court of Cook county; the Hon. Benjamin W. Pope, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924. Rehearing denied June 9, 1924.

Winston, Strawn & Shaw, for appellant; Harold Beacom and Edward G. Ince, of counsel. Knapp & Campbell, for appellee; John R. Cochran and Leonard F. Martin, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Barnard & Miller, appellee, v. Edward M. Seymour and Lillian R. Seymour, appellants. Gen. No. 28,784.**

Action to recover money due on lost promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924.

E. J. Hauflaire, for appellants. H. T. Fletcher and Charles Hudson, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Barnard & Miller, appellee, v. Edward M. Seymour, appellant. Gen. No. 28,785.**

Action to recover money due on lost promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed May 27, 1924.

E. J. Hauflaire, for appellant. H. T. Fletcher and Charles Hudson, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Leo Baum, appellee, v. The Hydrox Company, appellant. Gen. No. 28,834.**

Action for damage to parked automobile struck by truck driven by alleged servant of defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed May 27, 1924.

Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. Abraham Lepine, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Walter Volman and Paul F. Tuerk, copartners, trading as Lotus Manufacturing Company, appellees, v. R. E. Gebhardt, appellant. Gen. No. 28,844.**

Action to recover contract price of goods manufactured under agreement to take entire output. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.